[No. 12905. Department One. November 20, 1915.]

Gus Schutzler, *Appellant*, v. Times Publishing Company, *Respondent*.[1]

Appeal—Decisions Reviewable—Final Orders. An appeal will not lie from an order sustaining a demurrer, being premature when there is no judgment of dismissal.

Appeal from a judgment of the superior court for Pierce county, Chapman, J., entered March 13, 1915, in favor of the defendant, upon sustaining a demurrer to the complaint, in an action for libel. Dismissed.

*P. L. Pendleton*, for appellant.
*John H. Perry*, for respondent.

Chadwick, J.—Appellant brought this action to recover damages for an alleged libel. A demurrer was interposed to the complaint and sustained. Appellant did not stand upon his demurrer and invite the adverse judgment of the court. There is no judgment of dismissal.

[1]Reported in 152 Pac. 1018.

This court has repeatedly held, under Rem. and Bal. Code, § 1716, and in line with a universally accepted rule of practice, that an appeal will not lie from an order sustaining a demurrer. *Potvin v. McCorvey*, 1 Wash. 389, 25 Pac. 330; *Olsen v. Newton*, 3 Wash. 429, 30 Pac. 450; *Mason County v. Dunbar*, 10 Wash. 163, 38 Pac. 1003; *Padley v. Gregg*, 26 Wash. 322, 67 Pac. 72; *Seattle & N. R. Co. v. Bowman*, 46 Wash. 90, 89 Pac. 399, 96 Pac. 837.

This appeal is premature, and the case is remanded for further proceedings, with costs to respondent.

MORRIS, C. J., MOUNT, ELLIS, and FULLERTON, JJ., concur.